**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-7457**

---

JAMES MICHAEL MCGILL,

                                        Plaintiff - Appellant,

        versus

GEORGE E. SNYDER; DAVID FARMER; W. BRANCH; R.
CHERRY; B. HEDSPETH; T. HOWELL; K. DUBOSE; S.
DORSEY; G. SEXTON; J. AGUILAR; D. GOODMAN;
D.D. DOUGLAS; M. YOUNG; S.D. STEVENSON; C.
WARD,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Louise W. Flanagan, Chief
District Judge.  (5:05-ct-00249-FL)

---

Submitted: January 18, 2007          Decided:  January 23, 2007

---

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

James Michael McGill, Appellant Pro Se. James Redfern Morgan, Jr.,
WOMBLE, CARLYLE, SANDRIDGE & RICE, PLLC, Winston-Salem, North
Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Michael McGill appeals the district court's order denying relief on his complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>McGill v. Snyder</u>, No. 5:05-ct-00249-FL (E.D.N.C. Aug. 8, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>